ORIGINAL

C/SBA

1  Vicki L. Freimann, No. 098380
2  Bertrand LeBlanc II, No. 071617
   **CARROLL, BURDICK & McDONOUGH LLP**
3  Attorneys at Law
4  633 West Fifth Street, 51st Floor
   Los Angeles, CA  90071
5  Telephone:  213.833.4500
   Facsimile:   213.833.4555
6

E-FILING

ADR

Filed

OCT - 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

7  Attorneys for Plaintiff SHARON LOUDEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHARON LOUDEN,<br><br>Plaintiff,<br><br>v.<br><br>YAHOO!, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | C07 05053 SBA<br><br>**CERTIFICATION AS TO INTERESTED PARTIES** |

TO THE CLERK OF THE ABOVE ENTITLED COURT

The undersigned, counsel of record for Plaintiff SHARON LOUDEN (hereinafter "Louden" or "Plaintiff"), certifies that the following parties and no others have a direct pecuniary interest in the outcome of this case:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

CBM-LA\LA069733.1             -1-

CARROLL, BURDICK &
McDONOUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

**CERTIFICATION AS TO INTERESTED PARTIES**

| Party | Relationship |
|---|---|
| Sharon Louden | Plaintiff |
| Yahoo ! Inc. | Defendant |

These representations are made to enable the Court to evaluate possible disqualifications or recusal.

Dated: September 26, 2007

CARROLL, BURDICK & McDONOUGH LLP

By /s/ Vicki L. Freimann
Vicki L. Freimann
Bertrand LeBlanc II
Attorneys for Plaintiff SHARON LOUDEN

CBM-LA\LA069733.1

-2-

CERTIFICATION AS TO INTERESTED PARTIES

CARROLL, BURDICK & McDONOUGH LLP
ATTORNEYS AT LAW
LOS ANGELES