| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| CARROLL BURDICK & MCDONOUGH<br>633 W FIFTH ST<br>STE 5100<br>LOS ANGELES CA 90071<br>ATTORNEY FOR | 833-4500<br><br>Ref. No. or File No.<br>034275 | |

Insert name of court and name of judicial district and branch if any.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE:
LOUDEN v. YAHOO! INC.

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 189353 | | | | C 07-05053 SBA |

PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action, and I SERVED COPIES of the:

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CASE MANAGEMENT ORDER; ORDER OF THE CHIEF JUDGE; ORDER RE: TIMELY FILINGS OF PLEADINGS, BRIEFS, ETC.; SUPPLEMENTAL INSTRUCTION; STANDING ORDER; JUDGE ARMSTRONG'S STANDING ORDERS AS OF FEBRUARY 13, 2001; FILING CASE MANANGEMENT STATEMENTS; CIVIL COVER SHEET; SUMMONS IN A CIVIL CASE; COMPLAINT.

2. a. Party served:    YAHOO! INC., by serving
                       its Agent for Service of Process CT CORPORATIONS SYSTEMS,
                       INC.
   b. Person served:   MARGARET WILSON
                       Clerk
   c. Address:
                       818 W SEVENTH ST 2ND FL.
                       LOS ANGELES CA 90017

3. Manner of Service in compliance with: Federal Rules of Procedure

4. I served the party named in item 2

   a. BY PERSONALLY DELIVERING the copies (1) On: 10/02/07 (2) At: 2:55PM

5. Person serving: GUY BAGLEY            Fee for service $        .00

APEX ATTORNEY SERVICES              d. Registered California process server
1055 WEST SEVENTH STREET            (1) [ X ] Employee or [  ] Independent Contractor
LOS ANGELES, CA 90017               (2) Registration No. 3104
213-488-1500 FAX                    (3) County:
                                    (4) Expiration:

I declare under penalty of perjury, under the laws of the of California, and of the United States of America that the foregoing is true and correct.

DATE: 10/03/07                            > _____
                                            SIGNATURE