Michele Floyd (SBN 163031)
*Email: mfloyd@reedsmith.com*
William Ross Overend (SBN 180209)
*Email: woverend@reedsmith.com*
James A. Daire (SBN 239637)
*Email: jdaire@reedsmith.com*
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   +1 415 543 8700
Facsimile:    +1 415 391 8269

Attorneys for Defendant
Yahoo! Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SHARON LOUDEN, an individual, | No.: C07-05053 SBA |
| Plaintiff, | **JOINT STIPULATION TO EXTEND TIME WITHIN WHICH TO RESPOND TO COMPLAINT** |
| vs. | |
| YAHOO!, INC., a Delaware corporation; and DOES 1-10, inclusive, | Compl. Filed:    October 1, 2007 |
| Defendants. | Honorable Saundra Brown Armstrong |

Pursuant to Civil Local Rule 6-1(a), Plaintiff Sharon Louden and Defendant Yahoo! Inc. hereby stipulate in writing, without Court order, to extend the time within which to answer or otherwise respond to the complaint until November 26, 2007. This stipulation and extension does not alter the date of any event or deadline already fixed by Court order.

DATED: October 17, 2007.

CARROLL, BURDICK & McDONOUGH LLP

By    /s/ Vicki L. Freimann
    Vicki L. Freimann
    Attorneys for Plaintiff
    Sharon Louden

DATED: October 17, 2007.

REED SMITH LLP

By    /s/ Michele Floyd
    Michele Floyd
    Attorneys for Defendant
    Yahoo! Inc.

**CERTIFICATION**

I hereby attest that concurrence in the filing of this document has been obtained by the above named signatories.

DATED: October 17, 2007.

                REED SMITH LLP

                By    /s/ Michele Floyd
                     Michele Floyd
                     Attorneys for Defendant
                     Yahoo! Inc.