Michele Floyd (SBN 163031)
*Email: mfloyd@reedsmith.com*
William Ross Overend (SBN 180209)
*Email: woverend@reedsmith.com*
James A. Daire (SBN 239637)
*Email: jdaire@reedsmith.com*
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   +1 415 543 8700
Facsimile:   +1 415 391 8269

Attorneys for Defendant
Yahoo! Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SHARON LOUDEN, an individual,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>YAHOO!, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | No.: C07-05053 SBA<br><br>**JOINT STIPULATION TO EXTEND TIME WITHIN WHICH TO RESPOND TO COMPLAINT**<br><br>Compl. Filed:   October 1, 2007<br><br>Honorable Saundra Brown Armstrong |

1  Pursuant to Civil Local Rule 6-1(a), Plaintiff Sharon Louden and Defendant Yahoo! Inc.
2  hereby stipulate in writing, without Court order, to extend the time within which to answer or
3  otherwise respond to the complaint until December 3, 2007. This stipulation and extension does not
4  alter the date of any event or deadline already fixed by Court order.

DATED: November 16, 2007.

                                       CARROLL, BURDICK & MCDONOUGH LLP

                                       By      /s/ Miguel Hernandez
                                             Miguel Hernandez
                                             Attorneys for Plaintiff
                                             Sharon Louden

DATED: November 16, 2007.

                                       REED SMITH LLP

                                       By      /s/ James A. Daire
                                             James A. Daire
                                             Attorneys for Defendant
                                             Yahoo! Inc.

# CERTIFICATION

I hereby attest that concurrence in the filing of this document has been obtained by the above named signatories.

DATED: November 16, 2007.

                REED SMITH LLP

                By   /s/ James A. Daire
                     James A. Daire
                     Attorneys for Defendant
                     Yahoo! Inc.