1  Michele Floyd (SBN 163031)
   *Email: mfloyd@reedsmith.com*
2  William Ross Overend (SBN 180209)
   *Email: woverend@reedsmith.com*
3  James A. Daire (SBN 239637)
   *Email: jdaire@reedsmith.com*
4  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
5  San Francisco, CA  94111-3922

6  **Mailing Address:**
   P.O. Box 7936
7  San Francisco, CA  94120-7936

8  Telephone:   +1 415 543 8700
   Facsimile:    +1 415 391 8269
9
   Attorneys for Defendant
10 Yahoo! Inc.

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                          OAKLAND DIVISION

14 | SHARON LOUDEN, an individual, | No.: C07-05053 SBA |

15 |            Plaintiff,          | **JOINT STIPULATION TO EXTEND TIME WITHIN WHICH TO RESPOND TO COMPLAINT** |

16 |     vs.                        |

17 | YAHOO!, INC., a Delaware corporation; and DOES 1-10, inclusive, | Compl. Filed:   October 1, 2007 |

18 |            Defendants.         | Honorable Saundra Brown Armstrong |

Pursuant to Civil Local Rule 6-1(a), Plaintiff Sharon Louden and Defendant Yahoo! Inc. hereby stipulate in writing, without Court order, to extend the time within which to answer or otherwise respond to the complaint until December 10, 2007. This stipulation and extension does not alter the date of any event or deadline already fixed by Court order.

DATED: November 29, 2007.

CARROLL, BURDICK & MCDONOUGH LLP

By     /s/ Vicki L. Freimann
    Vicki L. Freimann
    Attorneys for Plaintiff
    Sharon Louden

DATED: November 29, 2007.

REED SMITH LLP

By     /s/ James A. Daire
    James A. Daire
    Attorneys for Defendant
    Yahoo! Inc.

**CERTIFICATION**

I hereby attest that concurrence in the filing of this document has been obtained by the above named signatories.

DATED: November 29, 2007.

         REED SMITH LLP

         By /s/ James A. Daire
           James A. Daire
           Attorneys for Defendant
           Yahoo! Inc.