1  Michele Floyd (SBN 163031)
   Email: mfloyd@reedsmith.com
2  William Ross Overend (SBN 180209)
   Email: woverend@reedsmith.com
3  James A. Daire (SBN 239637)
   Email: jdaire@reedsmith.com
4  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
5  San Francisco, CA  94111-3922

6  **Mailing Address:**
   P.O. Box 7936
7  San Francisco, CA  94120-7936

8  Telephone:    +1 415 543 8700
   Facsimile:    +1 415 391 8269
9

   Attorneys for Defendant
10 Yahoo! Inc.

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                          OAKLAND DIVISION

14 SHARON LOUDEN, an individual,          | No.: C07-05053 SBA

15                Plaintiff,              | **JOINT STIPULATION TO EXTEND TIME WITHIN WHICH TO RESPOND TO COMPLAINT**

16       vs.                              |

17 YAHOO!, INC., a Delaware corporation; and | Compl. Filed:    October 1, 2007
   DOES 1-10, inclusive,
18                                        | Honorable Saundra Brown Armstrong
                  Defendants.
19

1    Pursuant to Civil Local Rule 6-1(a), Plaintiff Sharon Louden and Defendant Yahoo! Inc.
2  hereby stipulate in writing, without Court order, to extend the time within which to answer or
3  otherwise respond to the complaint until December 20, 2007. This stipulation and extension does
4  not alter the date of any event or deadline already fixed by Court order.

DATED: December 13, 2007.

CARROLL, BURDICK & MCDONOUGH LLP

By   /s/ Vicki L. Freimann
    Vicki L. Freimann
    Attorneys for Plaintiff
    Sharon Louden

DATED: December 13, 2007.

REED SMITH LLP

By   /s/ James A. Daire
    James A. Daire
    Attorneys for Defendant
    Yahoo! Inc.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

No.: C07-05053 SBA — 1 — DOCSSFO-12493314.3
JOINT STIPULATION TO EXTEND TIME WITHIN WHICH TO RESPOND TO COMPLAINT

**CERTIFICATION**

I hereby attest that concurrence in the filing of this document has been obtained by the above named signatories.

DATED: December 13, 2007.

                REED SMITH LLP

                By____/s/ James A. Daire_____
                     James A. Daire
                     Attorneys for Defendant
                     Yahoo! Inc.