Michele Floyd (SBN 163031)
James A. Daire (SBN 239637)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:  +1 415 543 8700
Facsimile:  +1 415 391 8269

Attorneys for Yahoo! Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| SHARON LOUDEN, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> Yahoo!, Inc., a Delaware corporation; and DOES 1-10, inclusive, <br><br> Defendants. | No.: C07 05053 SBA <br><br> **STIPULATION FOR DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action in its entirety is hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

DATED: December 19, 2007.

REED SMITH LLP

By /s/
Michele Floyd
Attorneys for Yahoo! Inc.

DATED: 12/20/07

CARROLL, BURDICK & MCDONOUGH LLP

By /s/
Vicki L. Freimann
Attorneys for Sharon Louden

No.: C07 05053 SBA — 2 — STIPULATION FOR DISMISSAL

DOCSSFO-12502066.1